BELLA UNGER, Respondent, v. PAUL UNGER, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILL I. OHMER, Respondent, v. ALVIN A. GLOETZNER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion of defendant granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ANNETTE S. BRACY, Respondent, v. JOSEPH B. WHITEHEAD, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Verified bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Merrell, J., dissents.

ESTELLE R. LEFKOWITZ and DORA LEFKOWITZ, Plaintiffs, v. MICHAEL BERNSTEIN, Respondent, and ROSE BERNSTEIN, His Wife, and Others, Defendants, and DANIEL M. LEFKOWITZ and SOL LEFKOWITZ, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PROGRESS CLUB, Respondent, v. T. A. GILLESPIE COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JACOB BOBROW and Others, Appellants, v. JACK DIAMOND, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDWIN M. STANTON, Individually and as a Stockholder of LOEW'S INCORPORATED, Suing on His Own Behalf, etc., Appellant, v. NICHOLAS M. SCHENCK and Others, Respondents.— Order so far as appealed from modified to the extent of requiring defendants to produce upon their examination before trial the books, documents and papers demanded by plaintiff and relating to the items of plaintiff's notice of examination which were allowed by the order appealed from, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HUBERT M. SCHOTT and Others, Respondents, v. WILLIAM H. COLVIN and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of this order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.